**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

       Plaintiff

Vs.

MARK A. GRAY,

       Defendant

Case Number: 06-12650
Honorable: Paul D. Borman
Claim Number: C-94301

___

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
___

The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant.  The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 2] is GRANTED.

It is ORDERED that the plaintiff may serve the defendant, MARK A. GRAY with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at 20721 Orangelawn Street, Detroit, MI 48228

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

                    s/Paul D. Borman  
                    PAUL D. BORMAN  
                    UNITED STATES DISTRICT JUDGE

Dated: January 24, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 24, 2007.

                    s/Denise Goodine  
                    Case Manager